Garnett H. Sullivan Attorney at Law
1080 Grand Avenue, Suite 200, South Hempstead, N.Y. 11550 | (516) 285-1575

August 11, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/11/2026

**VIA ECF**

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: Dufault v. City of New York, et al.*
*26-cv-04566-MMG*

Dear Judge Garnett:

I represent the Plaintiff in the above-referenced action. Unfortunately, I will be on a flight out of the country at the date and time that the court scheduled the initial conference. I am therefore constrained to request that the court reschedule the conference. Dates suitable for all parties are September 22, October 7th, October 9th and October 20th, 2026.

Thank you for your consideration.

Yours Sincerely,

s/ *Garnett H. Sullivan*
**GARNETT H. SULLIVAN, ESQ.**

cc: **VIA ECF**
All counsel of record

Garnettsullivan@yahoo.com | Facsimile (516) 285-1608

GRANTED. The Initial Pretrial Conference currently scheduled for September 23, 2026, in both the *Dufault* and *Caceres* matters is ADJOURNED to **Wednesday, October 7, 2026**, at **9:30 a.m.,** with the parties' joint letter and proposed Case Management Plan due on **September 30, 2026.**

SO ORDERED. Dated August 11, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE